July 1, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

KRISTIN WILKINSON, Appellant

NO. 14-13-00111-CV            V.

USAA FEDERAL SAVINGS BANK TRUST SERVICES, INDIVIDUALLY,
AND AS TRUSTEE, WILLIAMS, KHERKHER, HART & BOUNDAS, L.L.P.,
LOOPER REED & MCGRAW, P.C., AND WILLIAM W. MORRIS, Appellees

————————————————————

This cause, an appeal from the summary judgment in favor of appellees, USAA Federal Savings Bank Trust Services, Individually, and as Trustee, Williams, Kherkher, Hart & Boundas, L.L.P., Looper Reed & McGraw, P.C., and William W. Morris, signed November 6, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Kristin Wilkinson to pay all costs incurred in this appeal.

We further order this decision certified below for observance.